UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

LIGHTRON CORPORATION, ET AL.,

               Plaintiffs,         24-cv-8452 (JGK)

    - against -                        ORDER

ALLSTATE INSURANCE COMPANY,

               Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 18, 2024.

SO ORDERED.

Dated:    New York, New York
          December 4, 2024

                                         /s/ John G. Koeltl
                                           John G. Koeltl
                                   United States District Judge