UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

LIGHTRON CORPORATION, ET AL.,                 24-cv-8452 (JGK)

        Plaintiffs,                   ORDER

     - against -

ALLSTATE INSURANCE COMPANY,

        Defendant.

―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference on **Tuesday, January 7, 2025,** at **3:00 p.m.**

    Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:    New York, New York
            December 19, 2024

                                          John G. Koeltl
                                 United States District Judge