UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIGHTRON CORPORATION. et al,
                    Plaintiff(s)

            24 civ 8452 (JGK)

     -against-

ALLSTATE INSURANCE COMPANY,
                    Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, February 25, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 19, 2025