```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LIGHTRON CORPORATION, ET AL.,
                    Plaintiffs,          24-cv-8452 (JGK)

    - against -                      ORDER

ALLSTATE INSURANCE COMPANY,
                    Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiffs should respond to the motion to file a third-party complaint by **March 7, 2025**. The defendant should reply by **March 14, 2025**.

SO ORDERED.
Dated:    New York, New York
          February 20, 2025

                                     John G. Koeltl
                            United States District Judge