UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIGHTRON CORP., ET AL.,

              Plaintiffs,

- against -

ALLSTATE INSURANCE COMPANY,

              Defendant.

---

24-cv-8452 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for Third-Party Defendant Allianz Global Risks US Insurance Company ("Allianz") to answer the third-party complaint was July 11, 2025. To date, no answer has been filed.

    The time for Third-Party Defendant Allianz to answer or respond to the third-party complaint is extended to **July 31, 2025**. Failure to respond to the third-party complaint by this date could result in a default judgment being entered against Allianz.

    The third-party plaintiff should serve a copy of this Order on Allianz and file proof of service on the docket by **July 18, 2025**.

SO ORDERED.

Dated:    New York, New York
              July 16, 2025

                                              John G. Koeltl
                                         United States District Judge