UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lightron Corporation, et al.,

                          Plaintiffs,

-against-

Allstate Insurance Company,

                          Defendant.

1:24-cv-08452 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference, it is hereby ORDERED as follows:

1. Any submissions joining in or supporting Plaintiffs' pending motion to stay or bifurcate the third-party action (the "Joinder Submissions") shall be filed no later than August 25, 2025.

2. Allstate shall file its opposition to the motion to stay or bifurcate and any Joinder Submissions no later than September 5, 2025.

3. Any replies shall be filed no later than September 15, 2025.

4. In the interim, all discovery deadlines are adjourned *sine die*.

SO ORDERED.

Dated:    New York, New York
           August 18, 2025

_____
STEWART D. AARON
United States Magistrate Judge