**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Lightron Corporation, et al.,** | |
| **Plaintiffs,** | **1:24-cv-08452 (JGK) (SDA)** |
| **-against-** | **ORDER** |
| **Allstate Insurance Company,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that the parties shall file a joint letter regarding the status of expert discovery by Monday, June 8, 2026.

**SO ORDERED.**

Dated: New York, New York
        May 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge