UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIGHTRON CORPORATION, ET AL.,

Plaintiffs,

- against -

ALLSTATE INSURANCE COMPANY, ET AL.,

Defendants.

24-cv-8452 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with Allstate Insurance Company's anticipated motion for summary judgment on **Monday, September 21, 2026, at 3:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
September 9, 2026

John G. Koeltl
United States District Judge