UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIGHTRON CORPORATION, ET AL.,

Plaintiffs,

- against -

ALLSTATE INSURANCE COMPANY, ET AL.,

Defendants.

24-cv-8452 (JGK)

Order

**John G. Koeltl, District Judge:**

As discussed at the telephone conference held today, the time for all parties to file dispositive motions in **stayed** pending a settlement conference before Magistrate Judge Stewart D. Aaron, to whom this case had previously been referred for settlement. The parties should submit a proposed schedule for motions for summary judgment within 14 days of the conclusion of the mediation before Magistrate Judge Aaron if the mediation is unsuccessful.

**SO ORDERED.**

**Dated:** New York, New York
September 21, 2026

John G. Koeltl
United States District Judge