**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Lightron Corporation, et al.,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**Allstate Insurance Company,**<br><br>**Defendant.** | **1:24-cv-08452 (JGK) (SDA)**<br><br>**ORDER SCHEDULING**<br>**SETTLEMENT CONFERENCE** |

**STEWART D. AARON, United States Magistrate Judge:**

A remote settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, November 3, 2026, at 2:00 p.m. The conference shall proceed via Microsoft Teams. Third parties may, but are not obligated to, attend. Any third parties who wish to attend should email Aaron_NYSDChambers@nysd.uscourts.gov one week in advance of the settlement conference (*i.e.*, October 27, 2026).

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, October 27, 2026).

**SO ORDERED.**

Dated: New York, New York
September 25, 2026

STEWART D. AARON
United States Magistrate Judge